**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25 B 13125 |
| | ) | |
| SANDY BOUTROS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**NOTICE OF MOTION OF HONDA LEASE TRUST**
**FOR RELIEF FROM STAY**

VIA ELECTRONIC NOTICE:

To:   Marilyn O. Marshall (Trustee)          David H. Cutler (Debtor's Counsel)
      224 South Michigan, Suite 800          Cutler & Associates, Ltd.
      Chicago, Illinois 60604                4131 Main Street
                                             Skokie, Illinois 60076

VIA U.S. MAIL:

To:   Sandy Boutros (Debtor)
      7156 Niles Avenue
      Miles, Illinois 60714

Please take notice that on October 6, 2025 at 1:30 p.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Dirksen U.S. Courthouse at 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the Motion of Honda Lease Trust for Relief from Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 122 6457** and the passcode is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

        Respectfully submitted,

        HONDA LEASE TRUST,
        Creditor,

        By: ___/s/ Cari A. Kauffman___
        One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on September 16, 2025, before the hour of 5:00 p.m.

        ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25 B 13125 |
| | ) | |
| SANDY BOUTROS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**MOTION OF HONDA LEASE TRUST
FOR RELIEF FROM STAY**

HONDA LEASE TRUST ("Honda"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2025), and such other Sections and Rules may apply, to enter an Order granting relief from the stay provided therein. In support thereof, Honda states as follows:

1. On August 26, 2025, Sandy Boutros ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan, which provides for assumption of the lease and for direct payments from Debtor to Honda, and which is scheduled for a confirmation hearing on October 20, 2025.

2. Honda is a lessor of the Debtor with respect to a lease on a 2025 Honda CRV motor vehicle bearing a Vehicle Identification Number of 7FARS6H58SE011518 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Lease Agreement attached as Exhibit "A", Debtor was required to tender equal monthly payments to Honda, each in the sum of $536.39. (See Ex. "A").

4. Debtor has failed to make required payments to Honda due on and after August 2, 2025, resulting in a current default of $985.58; the next payment of $536.39 comes due on October 2, 2025.

5. As of September 11, 2025, the lease buyout for the Vehicle is $37,558.54.

6. According to the JD Power Value Guide, the retail value of the Vehicle is $38,100.00.

7. Debtor has failed to provide Honda or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying Honda as the owner/lessor.

8. As such, Honda seeks relief from the automatic stay so that Honda may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

9. Debtor has not offered, and Honda is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

10. Honda will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

11. Honda requests that Bankruptcy Rule 4001(a)(4) not apply to any Order granting this Motion.

**WHEREFORE,** Honda Lease Trust respectfully requests that this Court enter an Order, as attached hereto, granting relief from the stay provided by Section 362 of the Bankruptcy Code to permit Honda to pursue its nonbankruptcy remedies with respect to the 2025 Honda CRV motor vehicle bearing a Vehicle Identification Number of 7FARS6H58SE011518; and, for such other, further, and different relief as this Court deems just and proper.

                                                Respectfully submitted,
                                                HONDA LEASE TRUST,
                                                Creditor,
                                                By: ___/s/ Cari A. Kauffman___

David J. Frankel (Ill. #6237097)                  One of its attorneys
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com

Honda/Boutros/Motion for Relief from Stay