UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-13125 |
| SANDY BOUTROS | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming before the Court on the motion of HONDA LEASE TRUST for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain HONDA LEASE TRUST from pursuing in rem non-bankruptcy remedies as to the 2025 Honda CRV motor vehicle bearing a Vehicle Identification Number of 7FARS6H58SE011518.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: October 20, 2025

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com